HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
SASHANA JAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>v.  <br>SASHANA JAMES,  <br>  Defendant. | Case No.  2:21-mj-0103-CKD  <br>  <br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PRELIMINARY HEARING AND EXCLUDE TIME  <br>  <br>Date:  August 5, 2021  <br>Time:  2:00 p.m.  <br>Judge:  Hon. Jeremy D. Peterson |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Special Assistant United States Attorney Robert Artuz, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Sashana James, that the preliminary hearing scheduled for August 5, 2021 at 2:00 p.m. be continued to **October 28, 2021 at 2:00 p.m.** pursuant to Federal Rule of Criminal Procedure 5.1(d).

The parties are conducting investigation and conferring about possible pre-indictment resolution of the case, which will require additional time to facilitate.  The parties believe that a continuance of the preliminary hearing will allow necessary time to produce and review discovery, continue investigation, and continue pre-indictment discussions in the anticipation of resolving the case expeditiously.

The parties agree that the ends of justice served by resetting the preliminary hearing date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: July 26, 2021            Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

/s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
Sashana James


PHILLIP A. TALBERT
Acting United States Attorney

DATED:  July 26, 2021            /s/ Robert Artuz
ROBERT ARTUZ
Special Assistant United States Attorney
Attorney for Plaintiff


### [PROPOSED] O R D E R

**IT IS HEREBY ORDERED** that the preliminary hearing scheduled for August 5, 2021, at 2:00 p.m. is continued to **October 28, 2021, at 2:00 p.m.**  The time period between August 5, 2021 and October 28, 2021 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  July 27, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE