HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
SASHANA JAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00209-KJM |
| Plaintiff, | STIPULATION AND ORDER TO SET FOR ARRAIGNMENT ON INFORMATION, VACATE PRELIMINARY HEARING AND EXCLUDE TIME |
| v. | |
| SASHANA JAMES, | |
| Defendant. | Date:  October 28, 2021<br>Time:  2:00 p.m.<br>Judge: Hon. Kendall J. Newman |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Robert Artuz, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Sashana James, that the preliminary hearing scheduled for October 28, 2021 at 2:00 p.m. be vacated and this matter be set for an arraignment on an information on **October 27, 2021 at 2:00 p.m.**

The government filed an information on October 25, 2021 alleging that Ms. James violated Title 18 of the United States Code, sections 371 and 641.  Ms. James will waive her right to an indictment by grand jury and the parties request that an arraignment be scheduled for October 27, 2021 at 2:00 p.m..  The parties further request that the preliminary hearing scheduled for October 28, 2021, be vacated.

1    The parties agree that the ends of justice served by setting an arraignment date of October
2 27, 2021, outweigh the best interest of the public and the defendant in a speedy trial. Therefore
3 the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local
4 Code T4).

6    Dated: October 25, 2021                    Respectfully submitted,

7                                               HEATHER E. WILLIAMS
                                                Federal Public Defender
8
                                                */s/ Megan T. Hopkins*
9                                               MEGAN T. HOPKINS
                                                Assistant Federal Defender
10                                              Attorney for Defendant
                                                Sashana James
11

12                                              PHILLIP A. TALBERT
                                                Acting United States Attorney
13

14   DATED:  October 25, 2021                    */s/ Robert Artuz*
                                                ROBERT ARTUZ
15                                              Assistant United States Attorney
                                                Attorney for Plaintiff
16

*United States v. Sashana James*                -2-
Stipulation to Set Arraignment and Vacate
Preliminary Hearing

# **O R D E R**

**IT IS HEREBY ORDERED** that the preliminary hearing scheduled for October 28, 2021, at 2:00 p.m. is VACATED and this matter is set for arraignment on an information on **October 27, 2021, at 2:00 p.m.** before Magistrate Judge Edmund F. Brennan. The time period through and including October 27, 2021 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: October 26, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE