HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
SASHANA JAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:21-cr-00209-JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING |
| v. | |
| SASHANA JAMES, | Date:   August 9, 2022 |
| | Time:   9:30 a.m. |
| Defendant. | Judge:  Hon. John A. Mendez |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Robert Artuz, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Sashana James, that the change of plea hearing scheduled for August 2, 2022, at 9:30 a.m. be continued one week to **August 9, 2022 at 9:30 a.m.**

Due to the need to arrange childcare for her daughter and secure an affordable flight to Sacramento, the newly proposed date of August 9 is more practical for Ms. James than the previously ordered date of August 2.  The parties have executed a plea agreement and will be prepared to proceed with the change of plea on August 9, 2022, and will provide the Court with a copy of the relevant documents prior to that hearing.

Dated: June 28, 2022												Respectfully submitted,

													HEATHER E. WILLIAMS
													Federal Public Defender

													*/s/ Megan T. Hopkins*
													MEGAN T. HOPKINS
													Assistant Federal Defender
													Attorney for Defendant
													Sashana James


													PHILLIP A. TALBERT
													United States Attorney

Dated:  June 28, 2022												 */s/ Robert Artuz*
													ROBERT ARTUZ
													Assistant United States Attorney
													Attorney for Plaintiff

## O R D E R

**IT IS HEREBY ORDERED** that the change of plea hearing is continued to **August 9, 2022, at 9:30 a.m.**

Dated:  July 6, 2022										/s/ John A. Mendez
												THE HONORABLE JOHN A. MENDEZ
												UNITED STATES DISTRICT COURT JUDGE