HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
SASHANA JAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:21-cr-00209-JAM |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PSR SCHEDULE |
| v. | ) | |
| SASHANA JAMES, | ) ) | |
| Defendant. | ) ) ) ) | Date:   January 31, 2023 Time:   9:00 a.m. Judge:  Hon. John A. Mendez |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Robert Artuz, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Sashana James, that the sentencing hearing scheduled for November 15, 2022, at 9:00 a.m. be continued to **January 31, 2023 at 9:00 a.m.**

Ms. James is working to compile all necessary financial records for the probation officer in order to complete the presentence investigation process, and an extended timeline for the presentence report is necessary. Additionally, counsel for the United States will be changing at the end of the month. Plaintiff's new counsel will need a brief continuance to review the case materials prior to the sentencing hearing.

It is therefore requested that the matter be continued to January 31, 2023 for sentencing, and that the PSR schedule be modified, as follows:

| | |
|---|---|
| Proposed Presentence Report Due: | December 6, 2022 |
| Informal Objections to Presentence Report Due: | December 20, 2022 |
| Presentence Report Due: | January 3, 2023 |
| Formal Objections to Presentence Report Due: | January 17, 2023 |
| Reply or Statement of Non-Opposition Due: | January 24, 2023 |
| Judgment and Sentencing: | January 31, 2023 |

Dated: October 18, 2022                    Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

/s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
SASHANA JAMES


PHILLIP A. TALBERT
United States Attorney

DATED:  October 18, 2022                    /s/ Robert Artuz
ROBERT ARTUZ
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

**IT IS HEREBY ORDERED** that the sentencing hearing is continued to **January 31, 2023, at 9:00 a.m.** and that the presentence schedule is **modified as set forth above**.

DATED: October 18, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE