HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
SASHANA JAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00209-JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| v. | |
| SASHANA JAMES, | Date: April 25, 2023<br>Time: 9:00 a.m. |
| Defendant. | Judge: Hon. John A. Mendez |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Dhruv Sharma, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Sashana James, that the sentencing hearing scheduled for January 31, 2023, at 9:00 a.m. be continued to **April 25, 2023 at 9:00 a.m.**

The parties were contacted by the Courtroom Deputy to advise that the Court is no longer available to hear this matter on January 31, 2023, or at any other special-set hearing date and time that same week. Ms. James resides in Connecticut and will need to reschedule her own flight as well as flights for friends and family members who intend to travel with her and attend her sentencing hearing. After conferring between the parties and with the probation officer, the parties have selected a mutually convenient hearing date of April 25, 2023, at 9:00 a.m.

Accordingly, the parties request that the sentencing hearing in this matter be reset for Tuesday, April 25, 2023, at 9:00 a.m. or as soon thereafter as the Court is available.

Dated: January 26, 2023                    Respectfully submitted,

                                           HEATHER E. WILLIAMS
                                           Federal Public Defender

                                           */s/ Megan T. Hopkins*
                                           MEGAN T. HOPKINS
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           SASHANA JAMES


                                           PHILLIP A. TALBERT
                                           United States Attorney


DATED:  January 26, 2023                    */s/ Dhruv Sharma*
                                           DHRUV SHARMA
                                           Assistant United States Attorney
                                           Attorney for Plaintiff

# **O R D E R**

**IT IS HEREBY ORDERED** that the sentencing hearing is continued to **April 25, 2023, at 9:00 a.m.**

Dated: January 27, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE