PHILLIP A. TALBERT
United States Attorney
DHRUV M. SHARMA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SASHANA JAMES,<br><br>    Defendant. | Case No.: 2:21-cr-00209-JAM<br><br>**JOINT MOTION FOR ORDER TO APPLY USPIS FUNDS TOWARDS RESTITUTION; AND ORDER THEREON**<br><br>[No Hearing Requested] |

The United States and Defendant Sashana James hereby move for an order authorizing the United States Postal Inspection Service ("USPIS") to send the funds it holds belonging to James to the Clerk of the Court, to be applied towards the restitution that James was ordered to pay.  This Motion is based on the following grounds:

1. On April 25, 2023, James was sentenced by the Court to pay $490,485.86 in restitution. (*See* ECF Nos. 65, 67).

2. USPIS is holding approximately $480.00 that it seized from James at the time of her arrest.

3. The United States and James agree that the funds should be applied to James' outstanding restitution balance, in lieu of being returned to her, and thus seek an order authorizing USPIS to send the funds to the Clerk of the Court for that purpose.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated: 5/4/2023           By:      /s/ Dhruv M. Sharma
                                   DHRUV M. SHARMA
                                   Assistant United States Attorney

Dated: 5/4/2023                    /s/ Megan Taylor Hopkins
                                   MEGAN TAYLOR HOPKINS
                                   Attorney for Defendant

# O R D E R

The Court, having reviewed the court files and the Joint Motion for Order to Apply USPIS Funds Towards Restitution, and good cause appearing therefrom, hereby **GRANTS** the Motion. Accordingly, IT IS ORDERED that:

1. USPIS shall send the funds it holds belonging to James in the approximate amount of **$480.00** to the Clerk of the Court.

2. USPIS shall make the check payable to the "Clerk of Court" and, in the note section of the check, state the case name and number (**US v. Sashana James, Case No. 2:21-CR-209**). USPIS shall deliver the check to:

> OFFICE OF THE CLERK
> 501 I Street, Suite 4-200
> Sacramento, CA 95814

3. Upon receipt, the Clerk of the Court shall apply the funds towards James' criminal monetary penalties in the order stated in the Schedule of Payments section of the Judgment in a Criminal Case.

IT IS SO ORDERED.

Dated: May 04, 2023                /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE